BULTMAN, Respondent, *v.* NEW YORK EL. R. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.    January 11, 1892.)*

Appeal from special term.

Action by Dedrick H. Bultman against the New York Elevated Railroad Company and the Manhattan Railway Company for an injunction to restrain the maintenance and operation of defendants' elevated railroad in the street abutting plaintiff's premises, and for damages.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Davies, Short & Townsend, (Edward B. Thomas,* of counsel,) for appellants.  *Peckham & Tyler, ( W. G. Peckham,* of counsel,) for respondent.

PER CURIAM.  A careful examination and analysis of the evidence disclosed no reason for disturbing the result arrived at by the learned judge below, and none of the exceptions appears to have sufficient merit to work a reversal.  The judgment should be affirmed, with costs.

---

DIEFENTHALER, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.

*(Superior Court of New York City, General Term.    January 11, 1892.)*

Appeal from special term.

Action by Valentine Diefenthaler against the Metropolitan Elevated Railroad Company and the Manhattan Railway Company for an injunction to restrain the maintenance and operation of defendants' elevated railroad in the street abutting plaintiff's premises, and for damages.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Davies & Rapallo,* for appellants.   *Edwin M. Felt,* for respondent.

PER CURIAM.   The judgment should be affirmed, with costs.